IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**JEFFREY RUHE**,

          **Plaintiff,**

vs.                                                                                              No. 15-cv-0374 SMV

**CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,**

          **Defendant.**

**ORDER ON UNOPPOSED MOTION FOR EXTENSION OF TIME**

THIS MATTER coming before the Court upon Plaintiff's Unopposed Motion for Extension of Time, it being stated that opposing counsel concurs in the granting of the Motion, and the Court having read the Motion and being fully advised of the premises,

IT IS THEREFORE ORDERED that Plaintiff is granted through January 8, 2016, to serve his Motion to Reverse or Remand Administrative Agency Decision with Supporting Memorandum.

IT IS FURTHER ORDERED that Defendant is granted through March 4, 2016 to serve her Response, and Plaintiff through April 1, 2016 to serve his Reply.

                                                                 */s/ signature*
                                                           STEPHAN M. VIDMAR
                                                           United States Magistrate Judge
                                                           Presiding by Consent

Submitted and Approved By:


<u>/s/Michael D. Armstrong</u>
Michael D. Armstrong
Attorney for Plaintiff
220 Adams St. SE, Suite B
Albuquerque, NM 87108
Bus.    (505) 890-9056
Fax.    (505) 266-5860


<u>Email Approval on December 7, 2015</u>
Manuel Lucero, AUSA
manny.lucero@usdoj.gov
United States Attorney's Office
District of New Mexico
P.O. Box 607
Albuquerque, NM   87103
(505) 224-1504
(505) 346-7205 fax