IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEFFREY RUHE,
        Plaintiff,

vs.                                               CIV NO.   1:15-00374-SMV

CAROLYN W. COLVIN, Acting
Commissioner of the Social Security
Administration,
        Defendant.

## ORDER FOR EXTENSION

Upon consideration of Defendant's Unopposed Motion for an Extension of Time (Doc. 21) to file a response to Plaintiff's Motion to Reverse and Remand to Agency for Rehearing with Supporting Memorandum (Doc. 20), the Court having reviewed the motion and being otherwise fully advised, FINDS that the motion is well taken and is GRANTED.

IT IS THEREFORE ORDERED that Defendant shall have until April 23, 2016, to file a response, and Plaintiff shall have until May 7, 2016, to file a reply.

SIGNED __March 24___, 2016.

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

SUBMITTED AND APPROVED BY:
*Electronically submitted 3/24/16*
PAMELA M. WOOD
Special Assistant United States Attorney


*Electronically approved 3/21/16*
MICHAEL D. ARMSTRONG
Attorney for Plaintiff